**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIE JACKSON,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:24-cv-00536-MMD-CLB<br><br>**ORDER FOR PLAINTIFF TO RETURN SIGNED AMENDED COMPLAINT BY MAY 22, 2025** |

　　Plaintiff Willie Jackson filed this pro se civil-rights case under 42 U.S.C. § 1983. The Court screened his original complaint, dismissed it without prejudice, and directed him to file a First Amended Complaint. (ECF No. 13.) On April 21, 2025, Plaintiff filed an unsigned First Amended Complaint. (ECF No. 14.) Because Plaintiff is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a). If Plaintiff does not promptly correct this omission, then the Court will be required to strike the unsigned First Amended Complaint. *See id.*

　　**IT IS THEREFORE ORDERED** that Plaintiff must sign and return the First Amended Complaint by **May 22, 2025**.

　　**IT IS FURTHER ORDERED** that failure to comply with the Order will result in the Court striking the First Amended Complaint and may result in dismissal of this action.

　　**IT IS FURTHER ORDERED** that the Clerk of Court **WILL SEND** Plaintiff a courtesy copy of the unsigned First Amended Complaint (ECF No. 14).

　　**DATED**: April 22, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE