# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLIE JACKSON, | Case No. 3:24-cv-00536-MMD-CLB |
| Plaintiff, | **ORDER FOR PLAINTIFF TO UPDATE ADDRESS BY SEPTEMBER 22, 2025** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court. This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. Failure of a pro se party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court grants Plaintiff until **September 22, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff shall file his updated address with the Court by **September 22, 2025**.

**IT IS FURTHER ORDERED** that failure to comply with this Order will subject this case to dismissal without prejudice.

**DATED**: August 21, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**